IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ELISHAMIR ORTIZ-SANTA,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25-408 (RAM)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(8)<br><br>TWO COUNTS |



THE GRAND JURY CHARGES:

### COUNT ONE
Prohibited Person in Possession of a Firearm and Ammunition: Felon
(18 U.S.C. § 922(g)(1))

On or about September 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ELISHAMIR ORTIZ-SANTA,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, that is, one 9mm caliber Glock 19 pistol (serial number: BTNY752) and 31 rounds of 9mm caliber ammunition, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8).

## COUNT TWO
### Prohibited Person in Possession of a Firearm and Ammunition: Domestic Violence Protective Order
(18 U.S.C. § 922(g)(8))

On or about September 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ELISHAMIR ORTIZ-SANTA,**

knowing he was subject to a court order issued by the Commonwealth of Puerto Rico, Court of First Instance, Guayama Municipal Court, on November 2, 2024, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, restraining him from engaging in other conduct 'that would place an intimate partner in reasonable fear of bodily injury to the partner, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, that is, one 9mm caliber Glock 19 pistol (serial number: BTNY752) and 31 rounds of 9mm caliber ammunition said firearm and ammunition having been shipped and transported in interstate or foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 18 U.S.C. §§ 922(g)(8), set forth in Counts One and Two of this Indictment, the defendant, **ELISHAMIR ORTIZ-SANTA**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one 9mm caliber Glock 19 pistol (serial number: BTNY752) and 31 rounds of 9mm caliber ammunition, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

TRUE BILL.

FOREPERSON

Date: Oct. 2, 2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

Corinne Cordero-Romo
Assistant United States Attorney